# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136977

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROY GARNER,
          Plaintiff-Appellant,

v

SC: 136977
COA: 282171
WCAC: 07-000016

ANDROID INDUSTRIES, L.L.C., and
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk